IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **QUARTERRIO TAYLOR,** ) | |
| **AIS #241953,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 1:22-00127-JB-N** |
| ) | |
| **REOSHA BUTLER,** ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 6) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(R), and dated July 12, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Quarterrio Taylor's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 dated March 15, 2022 (Doc. 1) is **DISMISSED with prejudice** as time-barred under 28 U.S.C. § 2244(d)(1). The Court also finds that Taylor is not entitled to a Certificate of Appealability or to appeal in forma pauperis. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 3rd day of August, 2022.

/s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE